UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>450 FIFTH Street, N.W.<br>Washington, D.C. 20549,<br><br>                      Plaintiff,<br><br>V.<br><br>MARC A. OSHEROFF,<br>BARRY GESSER,<br>ROBERT S. MITCHELL,<br>GLEN T. VITTOR AND<br>SHELDON MASCHLER,<br><br>                      Defendants. | 98-CIV-914   WMH<br><br>NIGHT BOX<br>FILED<br>MAY 27 1998<br>CARLOS JUENKE<br>CLERK, USDC / SDFL / MIA |

## ANSWER OF DEFENDANT SHELDON MASCHLER

Defendant Sheldon Maschler ("Maschler"), as and for his Answer to the Complaint of the Plaintiff Securities and Exchange Commission, states as follows:

1. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1 of the Complaint, except does not admit or deny those allegations of paragraph 1 which purport to state a legal conclusion and require no response, and refers the Court to Regulation S for a true and complete statement thereof.

2. Maschler does not admit or deny the allegations of paragraph 2 of the Complaint which purport to state a legal conclusion and requires no response, and refers the Court to Regulation S for a true and complete statement thereof.

3. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3 of the Complaint, except admits that in or about July 1993 a person representing himself to be Martin Clainey opened a brokerage account at Datek Securities Corp. ("Datek") and Maschler's registered representative number was assigned to the account.

4. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 4 of the Complaint.

5. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5 of the Complaint.

6. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6 of the Complaint.

7. Maschler denies those allegations of paragraph 7 of the Complaint insofar as they relate to Maschler, and denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

8. The allegations of paragraph 8 of the Complaint require no response. Maschler opposes the relief requested by the Commission and requests that a judgement be issued in his favor.

9. Maschler admits the allegations of paragraph 9 of the Complaint.

10. Maschler denies the allegations of paragraph 10 of the Complaint.

11. Maschler denies those allegations of paragraph 11 of the Complaint insofar as they relate to Maschler, and denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

12. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12 of the Complaint.

13. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13 of the Complaint.

14. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 14 of the Complaint.

15. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15 of the Complaint.

16. Maschler denies the allegations of paragraph 16 of the Complaint, except admits that Maschler, age 53, was a broker at Datek and that his registered representative number was assigned to an account opened by a person representing himself to be Martin Clainey.

17. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 17 of the Complaint.

18. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 18 of the Complaint.

19. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 19 of the Complaint.

20. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 20 of the Complaint.

21. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 21 of the Complaint.

22. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 22 of the Complaint, except admits that a person representing himself to be Martin Clainey opened an account at Datek in late July of 1993 and that Maschler's registered representative number was assigned to the account.

23. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 23 of the Complaint.

24. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 24 of the Complaint, except admits that Martin Clainey delivered stock certificates to Datek which contained no restrictive legend, and which were deposited with and cleared the Depository Trust Corporation.

25. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 25 of the Complaint.

26. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 26 of the Complaint.

27. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 27 of the Complaint.

28. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 28 of the Complaint.

29. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 29 of the Complaint.

30. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 30 of the Complaint.

31. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 31 of the Complaint.

32. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 32 of the Complaint.

33. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 33 of the Complaint.

34. Maschler denies the allegations of paragraph 34 of the Complaint, except admits that in late July and early August a person representing himself as Martin Clainey delivered stock certificates which contained no restrictive legends to Datek and that Maschler's registered representative number was assigned to the Martin Clainey account at Datek.

35. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35 of the Complaint.

36. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 36 of the Complaint.

37. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 37 of the Complaint.

38. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 38 of the Complaint.

39. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 39 of the Complaint.

40. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 40 of the Complaint.

41. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 41 of the Complaint.

42. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 42 of the Complaint.

43. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 43 of the Complaint.

44. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 44 of the Complaint.

45. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 45 of the Complaint.

46. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 46 of the Complaint.

47. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 47 of the Complaint.

48. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 48 of the Complaint.

49. The allegations of paragraph 49 of the Complaint already have been responded to and require no further response.

50. Maschler denies those allegations of paragraph 50 of the Complaint insofar as they relate to Maschler, and denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

51. The allegations of paragraph 52 of the Complaint already have been responded to and require no further response.

52. Maschler denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 53 of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Maschler's act as a broker are exempt from the requirements of Section 5 of the Securities Act of 1933.

### THIRD AFFIRMATIVE DEFENSE

Maschler conducted himself in the manner of a reasonable, prudent registered representative and adequately discharged his duty of care.

### FOURTH AFFIRMATIVE DEFENSE

The Commission lacks authority to bring this action against Maschler and, therefore, has no standing.

WHEREFORE, Defendant Maschler requests that claim one be dismissed and the relief requested be denied.

Dated: Boca Raton, Florida
May 21, 1998

Respectfully submitted,

Sheldon Maschler, Pro Se
7496 Mahogany Bend Place
Boca Raton, Florida 33434
(561) 487-4004